JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5900
Facsimile:      (415) 773-5957

Attorneys for Defendant Greg W. Becker

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIZAZ SIDDIQUI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREG W. BECKER and DANIEL J. BECK,<br><br>Defendants. | Case No. 4:23-cv-01228-HSG<br><br>**STIPULATION AND ORDER CONTINUING DATES OF RESPONSE AND INITIAL CASE MANAGEMENT CONFERENCE** |

1    WHEREAS, on March 17, 2023, Plaintiff Aizaz Siddiqui ("Plaintiff") filed a putative class action complaint (the "Complaint") alleging violations of the federal securities laws against Defendants Greg W. Becker and Daniel Beck ("Defendants");

WHEREAS, Defendants agree to accept service, and waive formal service of process, of the Complaint;

WHEREAS, the Court has issued orders setting (1) May 30, 2023 as the deadline for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; (2) June 13, 2023 as the deadline to complete initial disclosures or state objection in a Rule 26(f) Report, and file a case management statement and Rule 26(f) report; and (3) June 20, 2023 as the date of the Initial Case Management Conference, and instructing that the parties submit a Case Management Statement by June 13, 2023 (Dkt. No. 5);

WHEREAS, the Private Securities Litigation Reform Act (the "PSLRA") provides that: (1) the plaintiff who files a securities class action shall publish notice to the purported class within 20 days of filing the action informing the class members of their right to seek appointment as lead plaintiff; (2) not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class; and (3) the court shall appoint lead plaintiff and lead counsel. *See* 15 U.S.C. § 77z-1(a)(3)(A) & (B);

WHEREAS, after the court appoints a lead plaintiff, the lead plaintiff will need to file an amended complaint or deem the existing complaint as the operative complaint;

WHEREAS, two related securities fraud class actions are currently pending in the Northern District of California, No. 3:23-cv-001173-VC (N.D. Cal.) and No. 3:23-cv-01097-JD (N.D. Cal.), and arise out of the same facts and circumstances as this action (the "Related Federal Class Actions");

WHEREAS, the PSLRA provides that if more than one action on behalf of a class asserts substantially the same claim or claims, and any party has sought to consolidate those actions for pretrial purposes or for trial, the court shall not make its determination until after it has consolidated the related cases. *See* 15 U.S.C. § 77z-1(a)(3)(B);

WHEREAS, the parties respectfully submit that good cause exists to adjourn the June 20,

1  2023 Initial Case Management Conference and all associated deadlines, until, at the earliest, after
2  the Court has ruled on the Lead Plaintiff/Counsel Motions and consolidation; and
3      WHEREAS, in the interest of judicial economy, no defendant should be required to move
4  to dismiss or otherwise respond to the Complaint in this action pending appointment of a lead
5  plaintiff and the subsequent filing of an amended complaint or designation of the existing
6  complaint as the operative complaint.
7      NOW, THEREFORE, the parties, by and through their undersigned counsel of record, in
8  the interests of judicial economy, hereby agree and stipulate, and respectfully request that the
9  Court order as follows:
10     1.  The Defendants accept service, and waive formal service of process, of the
11 Complaint. By agreeing to accept service, and waive formal service of process, of the Complaint,
12 the Defendants do not waive any rights, defenses, or arguments with the sole exception of
13 arguments based on insufficient service of process.
14     2.  No defendant has any obligation to answer or otherwise respond to the Complaint
15 pending appointment of a lead plaintiff and the lead plaintiff's filing of an amended complaint or
16 designation of the existing complaint as the operative complaint.
17     3.  The Initial Case Management Conference is adjourned, to be rescheduled by the
18 Court after the filing of any amended complaint or designation of an operative complaint by the
19 lead plaintiff(s) appointed by the Court, or after the Court rules on Defendants' anticipated
20 motion(s) to dismiss, as the Court determined to be appropriate, and all deadlines associated with
21 that Conference are likewise adjourned.
22     4.  Within 14 days of the Court appointing a lead plaintiff the parties will meet and
23 confer and submit a proposed schedule to the Court for the filing of an amended complaint or the
24 designation of the existing complaint as the operative complaint and any response thereto.
25     5.  The parties to this stipulation agree that the existence of this stipulation, the filing
26 of this stipulation, the terms thereof, and the entry of any party into this stipulation shall not be
27 used as evidence either in support of or against any argument or defense that the parties may later
28 make or raise. The parties reserve all of their rights.

| | |
|---|---|
| Dated: March 28, 2023 | JAMES N. KRAMER<br>ALEXANDER K. TALARIDES<br>**ORRICK HERRINGTON & SUTCLIFFE LLP**<br><br>_/s/ Alexander K. Talarides_<br>ALEXANDER K. TALARIDES<br><br>Attorneys for Greg W. Becker |
| Dated: March 28, 2023 | BARRY BERKE<br>KRISTOPHER KASTENS<br>DARREN LAVERNE<br>JENNIFER WINDOM<br>DANIEL KETANI<br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br><br>_/s/ Kristopher Kastens_<br>KRISTOPHER KASTENS<br><br>Attorneys for Daniel J. Beck |
| Dated: March 28, 2023 | ADAM M. APTON<br>**LEVI & KORSINSKY, LLP**<br><br>_/s/ Adam M. Apton_<br>ADAM M. APTON<br><br>Attorneys for Plaintiff Aizaz Siddiqui |

  I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that the signatories listed above have concurred in this filing.

| | |
|---|---|
| Dated: March 28, 2023 | _/s/ Alexander K. Talarides_<br>ALEXANDER K. TALARIDES |

***

**ORDER**

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.

**IT IS SO ORDERED.**

Dated: 3/29/2023

_____
HONORABLE JUDGE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE