United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    IN RE SVB FINANCIAL GROUP                Case No. 23-cv-01097-NW
     SECURITIES LITIGATION

8                                             **ORDER ADMINISTRATIVELY
                                              CLOSING CASES**

9

10

11

12   ELLIOT SNOOK,                            Case No. 23-cv-01173-NW

13                    Plaintiff,

14            v.

15   GREG W. BECKER, et al.,

16                    Defendants.

17   AIZAZ SIDDIQUI,                          Case No. 23-cv-01228-NW

18                    Plaintiff,

19            v.

20   GREG W. BECKER, et al.,

21   Defendants.

22   CITY OF HIALEAH EMPLOYEES                Case No. 23-cv-01697-NW
     RETIREMENT SYSTEM, et al.,

23                    Plaintiffs,

24            v.

25   GREG W. BECKER, et al.,

26   Defendants.

27

28

United States District Court
Northern District of California

INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 132
PENSION FUND,

        Plaintiffs,

      v.

SVB FINANCIAL GROUP, et al.,

Defendants.

Case No.  23-cv-01962-NW

In an order filed November 30, 2023, *see* ECF No. 82, *In re SVB Financial Group Securities Litigation*, Case No 5:25-cv-01097, the Court consolidated five cases: *Vanipeta v. SVB Financial Group* (23-cv-01097), *Snook v. SVB Financial Group* (23-cv-01173), *Siddiqui v. Becker* (23-cv-01228), *Hialeh Employees v. Becker* (23-cv-01697), and *International Union of Operating Engineers v. SVB* (23-cv-01962). Case No. 23-cv-01097 is the lead case and now captioned *In re SVB Financial Group Securities Litigation*. Accordingly, the Court directs the Clerk to administratively close Case Nos. 23-cv-01173, 23-cv-01228, 23-cv-01697, and 23-cv-01962.

**IT IS SO ORDERED.**

Dated: April 1, 2025

Noël Wise
United States District Judge

2